# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**  ☐ Under Seal  **Judge Assigned:** IDD

City: [blank]   Superseding Indictment: [blank]   **Criminal No.** 1:20MJ86

County: Arlington   Same Defendant: [blank]   New Defendant: x

Magistrate Judge Case No.: [blank]   **Arraignment Date:** [blank]

Search Warrant Case No.: [blank]   R. 20/R. 40 From: [blank]

## Defendant Information:

**Defendant Name:** Matthew Dmitri Richardson   Alias(es): [blank]   ☐ Juvenile  FBI No.: [blank]

**Address:** [blank]

**Employment:** [blank]

**Birth Date:** xx/xx/2000   **SSN:** xxx-xx-3303   **Sex:** Male   **Race:** [blank]   **Nationality:** [blank]

**Place of Birth:** [blank]   Height: [blank]   Weight: [blank]   Hair: [blank]   Eyes: [blank]   Scars/Tattoos: [blank]

☐ Interpreter  **Language/Dialect:** [blank]   Auto Description: [blank]

## Location/Status:

**Arrest Date:** 02/24/2020   ☒ Already in Federal Custody as of: 02/24/2020   in: Alexandria ADC

☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody

☒ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond

## Defense Counsel Information:

**Name:** [blank]   ☐ Court Appointed   Counsel Conflicts: [blank]

**Address:** [blank]   ☐ Retained

**Phone:** [blank]   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Paul Embroski   **Phone:** 703-693-7374   Bar No.: [blank]

## Complainant Agency - Address & Phone No. or Person & Title:

Pentagon Police Department - Officer Michael Landry

**U.S.C. Citations:**

| | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC § 844(i) | Arson | 1 | Felony |
| Set 2: | | | | |

**Date:** 02/25/2020   **AUSA Signature:** [signature]

*may be continued on reverse*

**District Court Case Number (to be filled by deputy clerk):** [          ]

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | | | | |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

[ Print Form ]   [ Reset Form ]